

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Institution*
*Forrest City, AR 72336*

01-24-2023

Case #: 22-2119
Inmate: REYNOSO, MARIO
Reg. No: 33835-180

Inmate REYNOSO, MARIO #33835-180, law resources and library time has been inhibited due to institutional emergencies. Inmate Reynoso has pertinent time sensitive legal information that could not access by no fault of his own. Please allow an extension in order to allow him time to complete submission. Thank you for your consideration regarding this matter.


FCC Forrest City - Medium
Correctional Counselor
T. A. Bradshaw
P.O. Box 7000
Forrest City, AR 72336


RETURNED TO INMATE
DATE: 1/24/23
T. BRADSHAW, CCC